# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| SOUTHEAST DIRECTIONAL DRILLING, LLC, | Civil No. 09-1679 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| RIGCETERA, MINDY L. MORENO, AND ART MORENO, | |
| Defendants. | |

___

Kyle Hart, **FABYANSKE WESTRA HART & THOMSON, PA,** 800 LaSalle Avenue, Suite 1900, Minneapolis, MN 55402, for plaintiff.


Based upon the stipulation filed November 17, 2009 [Docket No. 3], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this lawsuit shall be **DISMISSED WITHOUT PREJUDICE** pursuant to F.R.C.P. 41(a)(1).

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: November 19, 2009
at Minneapolis, Minnesota.
                                                      s/John R. Tunheim
                                                         JOHN R. TUNHEIM
                                               United States District Judge